IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTOR VASQUEZ,

    Plaintiff,

v.

LT. DANIEL BRAEMER,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-597-slc

This action came before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Lt. Daniel Braemer dismissing this case.

_____     7/1/10
Peter Oppeneer, Clerk of Court          Date